■ OLIVE J. DIXON et al., Respondents, v EMPIRE MUTUAL INSURANCE COMPANY, Appellant.—In an action on a fire insurance policy, defendant appeals from an order of the Supreme Court, Kings County, dated June 8, 1976, which (1) granted plaintiffs' motion for summary judgment on the issue of liability and (2) set the matter down for an assessment of damages. Order affirmed, with $50 costs and disbursements. In the opinion of this court, no triable issue as to liability has been raised. Hopkins, Acting P. J., Martuscello, Cohalan, Margett and Shapiro, JJ., concur.

■ F. J. COYLE CONTRACTING CORP., Respondent, v SUMMIT HILL FARMS, INC., Appellant, et al., Defendant.—In an action to foreclose a mechanic's lien, defendant Summit Hill Farms, Inc., appeals from an order of the Supreme Court, Westchester County, dated June 26, 1975, which denied its motion to vacate and discharge the lien and for summary judgment. Order affirmed, with $50 costs and disbursements (see *Matter of Corina Assoc. v McManus, Longe, Brockwehl,* 39 AD2d 613). Hopkins, Acting P. J., Martuscello, Damiani and Titone, JJ., concur.

■ FALCO CONSTRUCTION CORP., Plaintiff, and GREAT LAKES DREDGE & DOCK COMPANY, Appellant, v CHRISTOPHER BOOMIS ASSOCIATES et al., Respondents, et al., Defendants.—In an action *inter alia* on a contract, plaintiff Great Lakes Dredge & Dock Company appeals from so much of an order of the Supreme Court, Kings County, dated August 19, 1976, as (1) denied its motion for partial summary judgment, (2) granted the cross motion of defendant Dyer for leave to serve an amended answer and (3) set the action down for trial on a date certain. Appeal dismissed, without costs or disbursements. It was conceded on the submission of this appeal that the issues in this case have proceeded to trial but remain undecided and a verdict is presently pending. Latham, Acting P. J., Margett, Titone and Mollen, JJ., concur.